UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
OWEN HARTY, Individually,
                Plaintiff,

v.

CHATHAM WHITE PLAINS RI LLC,
                Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 9717 (VB)

       On October 21, 2019, plaintiff Owen Harty commenced the instant action against defendant Chatham White Plains RI LLC. (Doc. #1).

       On November 4, 2019, plaintiff docketed a proof of service, indicating service on defendant on October 28, 2019. (Doc. #6). Defendant had until November 18, 2019, to respond to the complaint.

       To date, defendant has not answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by December 18, 2019, and thereafter to move for default judgment by January 8, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: November 27, 2019
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge